DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
916-447-1193

Attorney for Defendant
HECTOR CARRTERO-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br> v.                                   )<br>                                      )<br> HECTOR CARRTERO-FLORES,               )<br>                                      )<br>            Defendant.                )<br>_____) | NO.: CR S-09-380-09 WBS<br><br>MEMORANDUM TO CONTINUE JUDGMENT AND SENTENCING AND AMEND PSR DISCLOSURE SCHEDULE |

    Defendants, HECTOR CARRTERO-FLORES, through counsel, and the United States of America, through Assistant U.S. Attorney Mike Beckwith, agree that the Judgement and Sentencing set for November 8, 2010 be continued to January 10, 2011 at 8:30 am.

    In addition, it is agreed that the Schedule for Disclosure is Amended as follows:

| | |
|---|---|
| Judgement and Sentencing: | 01-10-2011 |
| Reply or Statement | 01-03-2011 |
| Motion for Correction of the Pre-Sentence Report Shall be filed with the Court and Served on the Probation Officer and Opposing Counsel no later than: | 12-27-2010 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later than: | 12-21-2010 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation | 12-13-2010 |

Officer and Opposing Counsel no later than:
The Proposed Pre-Sentence Report Shall be
Disclosed to Counsel no Later Than:

Report Due:                                              11-29-10

Respectfully submitted,

DATED: October 27, 2010                    /S/Dwight M. Samuel
                                           Dwight M. Samuel
                                           Attorney for Defendant
                                           HECTOR CARRTERO-FLORES


DATED: October 27, 2010                    /S/ Mike Beckwith
                                           Mike Beckwith
                                           Assistant United States Attorney
                                           (Signed per Telephonic authorization)


    IT IS SO ORDERED.

DATED:  October 28, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE